# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | No. 3:12-cr-00084 |
| | § | Judge Sharpe |
| TERRANCE LUNSFORD | § | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW the Defendant, Terrance Lunsford, by and through his undersigned counsel, and hereby moves the Court for leave to file under seal his Motion to Hold in Abeyance or Alternatively to Strike the Motion to Suppress Evidence. In support hereof, Defendant Lunsford, states the following that the "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order No. 167 at §5.07 requires a party seeking to file documents under seal to electronically file a Motion for Leave of Court to do so. The aforementioned Motion refers to matters that are inappropriate for public viewing.

**WHEREFORE**, based on the foregoing, Defendant Lunsford respectfully requests that the Court grant this Motion.

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By: s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
Attorney for Defendant
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
pmcnally@wmdlawgroup.com